```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
            :
EDLER JEAN BAPTISTE,    :
            :
              Plaintiff,  :   1:20-cv-6626-GHW
            :
      -against-   :   ORDER
            :
ABM,    :
            :
              Defendant.  :
            :
--------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

On August 26, 2020, the Court, finding that Defendant had not established subject-matter jurisdiction for removal to federal court, issued an order directing the Clerk of Court to remand this case to New York State Supreme Court, County of New York. Dkt. No. 7.

The Clerk of Court is directed to mail a copy of this order and Dkt. No. 7 to Plaintiff by certified mail.

SO ORDERED.

Dated: August 26, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge